In the Matter of MERCANTILE PROPERTIES, INC., Appellant, against STATE TAX COMMISSION, Respondent.

Submitted November 21, 1938; decided February 21, 1939.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. The remittitur, however, is hereby amended to restate the tax at $5,820.46. (See 278 N. Y. 325.)

---

JAMES C. VAN SICLEN et al., Respondents, *v.* IRVING T. BUSH, Appellant.

Submitted January 16, 1939; decided February 21, 1939.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 279 N. Y. 753.)

---

In the Matter of VALLIE G. KINNEY et al., Appellants. G. R. KINNEY Co., INC., Respondent.

Submitted January 16, 1939; decided February 21, 1939.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 279 N. Y. 423.)